B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of Arkansas

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Behr, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Behr Construction, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-3899378** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4309 S. 31st**<br>**Fort Smith, AR**<br>ZIP Code **72904** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Sebastian** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 2771**<br>**Fort Smith, AR**<br>ZIP Code **72913** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

## Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

### Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

### Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

### Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                              **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Behr, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td colspan="1" align="center"><b>Exhibit A</b></td><td align="center"><b>Exhibit B</b></td></tr>
<tr><td>

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.
</td><td>

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)          (Date)
</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                          Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Behr, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Stanley V. Bond**
Signature of Attorney for Debtor(s)

**Stanley V. Bond 93034**
Printed Name of Attorney for Debtor(s)

**Bond Law Office**
Firm Name

**525 S. School Ave.**
**Suite 100**
**Fayetteville, AR 72701**

_____
Address

                                    **Email: attybond@me.com**
**479-444-0255  Fax: 479-444-7141**
Telephone Number

**October 14, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Brandon Woodrome**
Signature of Authorized Individual

**Brandon Woodrome**
Printed Name of Authorized Individual

**Owner-Managing Member**
Title of Authorized Individual

**October 14, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Arkansas

In re __Behr, LLC__          Case No. _____

               Debtor(s)      Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Centennial Bank<br>PO Box 7514<br>Jonesboro, AR 72403 | Centennial Bank<br>PO Box 7514<br>Jonesboro, AR 72403 | Negative balance | | 22,235.00 |
| Community State Bank<br>PO Box 769<br>Poteau, OK 74953 | Community State Bank<br>PO Box 769<br>Poteau, OK 74953 | All inventory and equipment in Schedule B subject to lien | | 135,000.00<br>(0.00 secured)<br>(150,000.00 senior lien) |
| Everest Bbusiness F unding<br>2001 NW 107th Ave<br>3rd Floor<br>Miami, FL 33176 | Everest Bbusiness F unding<br>2001 NW 107th Ave<br>3rd Floor<br>Miami, FL 33176 | General accounts receivable | | 70,000.00<br>(150,000.00 secured)<br>(471,000.00 senior lien) |
| First National Bank<br>PO Box 1900<br>Green Forest, AR 72638 | First National Bank<br>PO Box 1900<br>Green Forest, AR 72638 | Phoenix 270 HTX Dryers | | 29,795.10<br><br>(0.00 secured) |
| First National Bank<br>PO Box 1900<br>Green Forest, AR 72638 | First National Bank<br>PO Box 1900<br>Green Forest, AR 72638 | 2007 New Holland STILL OWN? | | 23,675.45<br><br>(0.00 secured) |
| Firstar Bank NA<br>4300 Rogers Ave<br>Suite 7<br>Fort Smith, AR 72903 | Firstar Bank NA<br>4300 Rogers Ave<br>Suite 7<br>Fort Smith, AR 72903 | Parcel: 12256-0001-00000-02<br>Location: 3101 S 28th St., Fort Smith<br>Legal: LOT 1B Elmore<br>.72 acres with structure<br>Market value per Sebastian Coun | | 264,826.88<br><br>(31,000.00 secured) |
| Glidewell Construction Inc<br>PO Box 23396<br>Barling, AR 72923-3396 | Glidewell Construction Inc<br>PO Box 23396<br>Barling, AR 72923-3396 | | | 79,402.20 |
| Global Merchant Cash, Inc.<br>64 Beaver Street<br>Suite 415<br>New York, NY 10004 | Global Merchant Cash, Inc.<br>64 Beaver Street<br>Suite 415<br>New York, NY 10004 | General accounts receivable | | 73,000.00<br>(150,000.00 secured)<br>(541,000.00 senior lien) |

B4 (Official Form 4) (12/07) - Cont.

In re   **Behr, LLC**                                                    Case No.                                  

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Grajeda Electric**<br>**PO Box 2485**<br>**Rogers, AR 72757** | **Grajeda Electric**<br>**PO Box 2485**<br>**Rogers, AR 72757** | | | **24,000.00** |
| **Great Southern Bank**<br>**1451 East Battlefield**<br>**Springfield, MO 65804** | **Great Southern Bank**<br>**1451 East Battlefield**<br>**Springfield, MO 65804** | **2001 4700 International** | | **150,000.00**<br><br>**(10,000.00 secured)** |
| **Great Southern Bank**<br>**1451 East Battlefield**<br>**Springfield, MO 65804** | **Great Southern Bank**<br>**1451 East Battlefield**<br>**Springfield, MO 65804** | **All inventory and equipment in Schedule B subject to lien** | | **150,000.00**<br><br>**(0.00 secured)** |
| **Great Southern Bank**<br>**1451 East Battlefield**<br>**Springfield, MO 65804** | **Great Southern Bank**<br>**1451 East Battlefield**<br>**Springfield, MO 65804** | **2004 F250** | | **150,000.00**<br><br>**(5,000.00 secured)** |
| **Harris Company of Fort Smith**<br>**5516 South 28th St**<br>**Fort Smith, AR 72901** | **Harris Company of Fort Smith**<br>**5516 South 28th St**<br>**Fort Smith, AR 72901** | | | **34,050.00** |
| **High Speed Capital LLC**<br>**266 Broadway**<br>**Suite 403**<br>**Brooklyn, NY 11211** | **High Speed Capital LLC**<br>**266 Broadway**<br>**Suite 403**<br>**Brooklyn, NY 11211** | **General accounts receiveable** | | **116,000.00**<br>**(150,000.00 secured)**<br>**(355,000.00 senior lien)** |
| **Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | **Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | **Form 941** | **Unliquidated Disputed** | **104,259.91** |
| **Knight Capital Funding**<br>**9 East Loockerman St.**<br>**Suite 3A-543**<br>**Dover, DE 19901** | **Knight Capital Funding**<br>**9 East Loockerman St.**<br>**Suite 3A-543**<br>**Dover, DE 19901** | **General accounts receiveable** | | **355,000.00**<br><br>**(150,000.00 secured)** |
| **Mantis Funding, LLC**<br>**64 Beaver Street**<br>**Suite 344**<br>**New York, NY 10004** | **Mantis Funding, LLC**<br>**64 Beaver Street**<br>**Suite 344**<br>**New York, NY 10004** | **General accounts receiveable** | | **60,700.00**<br>**(150,000.00 secured)**<br>**(614,000.00 senior lien)** |
| **Mid-America Cabinets**<br>**PO Box 219**<br>**Gentry, AR 72734** | **Mid-America Cabinets**<br>**PO Box 219**<br>**Gentry, AR 72734** | | | **17,944.00** |
| **Quick Fix Capital**<br>**884 Town Center Drive**<br>**Langhorne, PA 19047** | **Quick Fix Capital**<br>**884 Town Center Drive**<br>**Langhorne, PA 19047** | **General accounts receiveable** | | **58,000.00**<br>**(150,000.00 secured)**<br>**(674,700.00 senior lien)** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Behr, LLC**                                                    Case No. _____
_____
               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Rioux Capital**<br>**1250 S Capital of Texas**<br>**Building III Suite 400**<br>**Austin, TX 78746** | **Rioux Capital**<br>**1250 S Capital of Texas**<br>**Building III Suite 400**<br>**Austin, TX 78746** | **Series of non-purchase money junior mortgages given on account of previously unsecured debt owed to this creditor. Mortgages are attached to all real** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **3,000,000.00**<br><br>**(0.00 secured)** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

           I, the Owner-Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **October 14, 2015**                    Signature    **/s/ Brandon Woodrome**
_____                             _____
                                                            **Brandon Woodrome**
                                                            **Owner-Managing Member**

   *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Western District of Arkansas

In re    **Behr, LLC** _____,

                                       Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brandon Woodrome**<br>**PO Box 2771**<br>**Fort Smith, AR 72913** | **Common** | **100%** | **Owner-Managing Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Owner-Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**October 14, 2015**_____

Signature __**/s/ Brandon Woodrome**_____

                                  **Brandon Woodrome**
                                  **Owner-Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**____ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

A Clean Potty
PO Box 250
Muldrow, OK 74948


A&B Reprographics Inc
906 Towson
Fort Smith, AR 72901


ABC Central Block & Brick
PO Box 8844
Pine Bluff, AR 71611-8844


ABC Ready Mix
PO Box 1264
Mt Ida, AR 71957


Acme Brick
PO Box 425
Fort Worth, TX 76101


ADEQ
5301 Northshore Dr.
North Little Rock, AR 72118


Advanced Development Enterpris
10232 Windy Trail
Bentonville, AR 72712


Advantage Air Conditioning
3863 Treat Lane
Springdale, AR 72762


All American Buildinbg Prod
6501 Zero St
Fort Smith, AR 72903


Allison Flooring Co
7101 Hwy 271 S
Fort Smith, AR 72908


Ally Financial
PO Box 380901
Minneapolis, MN 55438

Alpha Painting Co
PO Box 133
Purcell, MO 64857


Alvin L Prieur Jr PE
PO Box 1689
Van Buren, AR 72957


AOGC
115 N 12th St
Fort Smith, AR 72901


APAC Central Ine
PO Box 9208
Fayetteville, AR 72703


AR Dept of Finance and Admin
1900 W. 7th St.
Little Rock, AR 72201


AR Valley Electric Coop
PO Box 47
Ozark, AR 72949


ARK-CON Testing Service
PO Box 177
Van Buren, AR 72957


Arkansas Glass & Mirror
1201 Garrison Ave
Fort Smith, AR 72901


Arvest Bank
PO Box 1670
Lowell, AR 72745


AT&T Corp
One AT&T Way
Bedminster, NJ 07921-0752


B&B Plumbing
2102 S Brownell
Joplin, MO 64804

Ben Atwell
10012 Old Hwy 715
Fort Smith, AR 72916


Benton County Collector
215 E. Central
Bentonville, AR 72712


Better Homes Supply
1101 S Zero St
Fort Smith, AR 72901


Brixey Engineering & Land Surv
5223 East Hwy 45
Fort Smith, AR 72906


Builders Risk Plan
PO Box 931795
Atlanta, GA 31193-1795


Capital Structures
900 Atlanta St
Fort Smith, AR 72901


Centennial Bank
PO Box 7514
Jonesboro, AR 72403


Chambers Bank
8400 Rogers Ave
Fort Smith, AR 72903


Cintas Corp
PO Box 88005
Chicago, IL 60680-1005


Citibank, N.A.
399 Park Avenue
New York, NY 10022


City of Alma
624 Fayettevilel Ave
Alma, AR 72921

City of Fayetteville
Utility Billing Office
113 W Mountain Street
Fayetteville, AR 72701


City of Joplin Finan Dept
602 S Main St
Joplin, MO 64801


CNH Industrial Capital
BO Box 3600
Lancaster, PA 17604


Community State Bank
PO Box 769
Poteau, OK 74953


Cooper Clinic
4300 Regions Park Rd
Fort Smith, AR 72916


Coopers


Cox Communications, Inc.
1400 Lake Hearn Dr NE
Atlanta, GA 30319-1464


Cox Painting
2450 Park Ave
Van Buren, AR 72956


Custom Cabinets
23198 E 495 Rd
Colcord, OK 74338


Custom Equipment
6200 South 29th
Fort Smith, AR 72908


Darragh Co
1404 E 6th St
Little Rock, AR 72202

Data Forms Inc
PO Box 88
Greenland, AR 72737


Davis Structural Steel, Inc
PO Box 125
Fort Smith, AR 72902-0215


Dean's Discount Carpets
4200 Kelley Highway
Fort Smith, AR 72904


DeGraff Construction
519 E 23rd Ter
Galena, KS 66739


Delta Pest Control
1215 E 14th St
Russellville, AR 72802


Douglas Hasley CPA
911 South May Ave
Fort Smith, AR 72901


Ed's Tire and Alignment
5504 S 31 St
Fort Smith, AR 72901


Empire District
602 S Joplin Ave
Joplin, MO 64801-2337


EquipSource
2205 Industrial Park Rd
Van Buren, AR 72956


ETO Doors
1340 E 6th St
Los Angeles, CA 90021


Everbank
PO Box 911608
Denver, CO 80291-1608

Everest Bbusiness F unding
2001 NW 107th Ave
3rd Floor
Miami, FL 33176


Farmer's Co-Op
PO Box 1640
Van Buren, AR 72957


Fastening Solutions
PO Box 161842
Atlanta, GA 30321-1842


Fausto Jemerez


Ferguson Waterworks
4304 S Phoenix
Fort Smith, AR 72903


First National Bank
PO Box 1900
Green Forest, AR 72638


First Western
80 W Main Street
Booneville, AR 72927


Firstar Bank
PO Box 308
Roland, OK 74954


Firstar Bank NA
4300 Rogers Ave
Suite 7
Fort Smith, AR 72903


Fort Smith Garage Door Co
5901 S 26th Circle
Fort Smith, AR 72908


Fuelman
PO Box 105080
Fort Smith, AR 72913

G&S Insulation Springdale
670 Laura Ln
Springdale, AR 72762


Gadget Grave Fort Smith
49010 Rogers
Suite 103i
Fort Smith, AR 72903


GCC
PO Box 3878
Tulsa, OK 74102


Geoffrey McDonald
3507 Cherry St
Van Buren, AR 72956


Glidewell Construction Inc
PO Box 23396
Barling, AR 72923-3396


Global Merchant Cash, Inc.
64 Beaver Street
Suite 415
New York, NY 10004


Godfrey & Black
809 South Y
Fort Smith, AR 72901


Grajeda Electric
PO Box 2485
Rogers, AR 72757


Graphic Service Co. Inc.
PO Box 937
Fort Smith, AR 72902


Gray Brothers Equipment
2900 Wheeler Ave
Fort Smith, AR 72901


Great Southern Bank
1451 East Battlefield
Springfield, MO 65804

Gryner Construction Inc
2341 Gryner Way
Van Buren, AR 72956


Guardian
PO Box 824404
Philadelphia, PA 19182-4404


H&H Roofing & Construction
6510 Highway 71 South
Fort Smith, AR 72908


Harris Company of Fort Smith
5516 South 28th St
Fort Smith, AR 72901


Harrison Electric
3012 S 96th St
Fort Smith, AR 72903


Heather Woodrome
PO Box 2771
Fort Smith, AR 72913


Heraclio Resendiz-Ibarra
4600 Victoria Dr
Fort Smith, AR 72904


Herron Electric
3853 East 20th
Joplin, MO 64801


High Speed Capital LLC
266 Broadway
Suite 403
Brooklyn, NY 11211


Hillbilly Pumping & Hauling In
1945 Pump Lane
Joplin, MO 64801


Holtzclaw Excavating Inc
139 San Jose Dr
Springdale, AR 72764

Hugg & Hall
PO Box 194110
Little Rock, AR 72219-4110


HWH


Industrial Precast Inc
7201 S 28th St
Fort Smith, AR 72908


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Jan Taylor Plumbing
5203 Moody Dr
Fort Smith, AR 72903


Jasper County Collector
PO Box 421
Carthage, MO 64836-0421


Jessie Fultz


Jimmy Hall CPA
3307 Old Greenwood Road
Suite C
Fort Smith, AR 72903


Joshua Granite Inc
2379 Eleanor St
Springdale, AR 72764


Juan Marcelino
1901 South P
Fort Smith, AR 72901


Juan Parga
3900 Owen Street
Van Buren, AR 72956

Just Flooring It
210 Hazel Street
Dyer, AR 72935


Ken Smith Electric
PO Box 3375
Greenwood, AR 72936


King Properties & Construction
3647 Carney Circle
Rudy, AR 72952


Kitchen & Bath Ideas
PO Box 254
Van Buren, AR 72957


Knight Capital Funding
9 East Loockerman St.
Suite 3A-543
Dover, DE 19901


KTTG/KERX
1912 Church St
Barling, AR 72923


Lance LaRoche
3504 Village Rd
Fort Smith, AR 72903


Lego Contruction
PO Box 117
Greenwood, AR 72936


Liberty Bank of Arkansas
PO Box 4026
Russellville, AR 72811


Linder Topsoil Inc
PO Box 1244
Van Buren, AR 72957


Lites Etcetera
9814 Hwy 71 South
Fort Smith, AR 72916-9118

Locke Supply Co
PO Box 24980
Oklahoma City, OK 73124-0980

Machine Power
PO Box 490
Alma, AR 72921

MadSky Construction LLC
PO Box 1146
Farmington, AR 72730

Mantis Funding, LLC
64 Beaver Street
Suite 344
New York, NY 10004

Manuel Anaya
11 Grand Heather Dr
Greenwood, AR 72936

Maria Hernandez
609 Lay Sue Dr
Springdale, AR 72764

Mid-America Cabinets
PO Box 219
Gentry, AR 72734

Mikes Drywall Inc
6201 Cattail Dr
Alma, AR 72921

Morrison Shipley
PO Box 10064
Fort Smith, AR 72917

Newton County Collector
101 S Wood St
Suite 203
Neosho, MO 64850-0296

Ozark Laser & Shoring
2247 E Kearney St
Springfield, MO 65803

Pancho Gallardo


Paper Clip
PO Box 1237
Siloam Springs, AR 72761


Parsons Blind LLC
13317 Hwy 279 N
Hiwasse, AR 72739


Pascual Diaz
2617 Tulsa St
Fort Smith, AR 72901


Pest Free
PO Box 44
Fort Smith, AR 72902-0044


Plymouth Building Products
9900 Maumelle Blvd
Maumelle, AR 72113


Potty House Inc
PO Box 8277
Fayetteville, AR 72703


PPG Architectual Coatings
612 Towson Ave
Fort Smith, AR 72901


Quick Fix Capital
884 Town Center Drive
Langhorne, PA 19047


Regions Bank
1800 W Walnut Street
Rogers, AR 72756


Rentco Storage Trailers & Cont
2305 Industrial Pk
Van Buren, AR 72956

Ridout
2195 N Gregg
Fayetteville, AR 72703

Rioux Capital
1250 S Capital of Texas
Building III Suite 400
Austin, TX 78746

River Valley Door & Trim
512 Fresno
Fort Smith, AR 72916

River Valley Muffler Auto Ctr
718 Cloverleaf Circle
Van Buren, AR 72956

Robert Lance LaRoche
3504 Village Rd
Fort Smith, AR 72903

Ron's Discount Lumber
PO Box 223
Howe, OK 74940

Sanitation
PO Box 180086
Fort Smith, AR 72918

Sebastian County Tax Collector
PO Box 1358
Fort Smith, AR 72902-1358

Shirley Baleto

State of AR Contractors Licens
4100 Richards Rd
North Little Rock, AR 72117

Tina LaRoche
3504 Village Rd
Fort Smith, AR 72903

Tony Mitchell
12114 Ivory Place
Fort Smith, AR 72916


Total Solutions
PO Box 1449
Alma, AR 72921


Transmission & Differential
PO Box 3786
Fort Smith, AR 72913


U-Rent-It
830 N Greenwood
Fort Smith, AR 72901


Vizion Autosports
4719 Towson Rd
Fort Smith, AR 72901


Washington Co. Tax Coll
David Ruff, Collector
280 N College Ave, Ste 202
Fayetteville, AR 72701


Water Dept
PO Box 1907
Fort Smith, AR 72902


Western Surety Company
c/o Brown-Hiller-Clark & Assoc
PO Box 3529
Fort Smith, AR 72913


World Global Financing
141 North East 3rd Ave
Miami, FL 33132


WWA Company
700 Lexington Ave
Fort Smith, AR 72901

# United States Bankruptcy Court
## Western District of Arkansas

In re    __Behr, LLC_____    Case No. _____

                                Debtor(s)            Chapter    __11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Behr, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Brandon Woodrome**
**PO Box 2771**
**Fort Smith, AR 72913**

☐ None [*Check if applicable*]

__October 14, 2015_____          **/s/ Stanley V. Bond**_____
Date                                         **Stanley V. Bond**
                                             Signature of Attorney or Litigant
                                             Counsel for   **Behr, LLC**_____
                                             **Bond Law Office**
                                             **525 S. School Ave.**
                                             **Suite 100**
                                             **Fayetteville, AR 72701**
                                             **479-444-0255 Fax:479-444-7141**
                                             **attybond@me.com**

## United States Bankruptcy Court
### Western District of Arkansas

In re _____  Case No. _____
                        Debtor(s)          Chapter  **11**  _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I,Brandon Woodrome, declare under penalty of perjury that I am the Managing Member  of  Behr LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **13th** day of **October**, 2015.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that ,  of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Brandon Woodromw,  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Brandon Woodrome, Managing Member of this Corporation is authorized and directed to employ **Stanley V. Bond**, attorney and the law firm of **Bond Law Office** to represent the corporation in such bankruptcy case."

Date   **September 29, 2014**_____   Signed   **/s/Brandon Woodrome**_____

Resolution of Board of Directors
of

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that Brandon Woodrome, Managing Member  of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Brandon Woodrome , Managing Member  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Brandon Woodrome, Managing Member  of this Corporation is authorized and directed to employ **Stanley V. Bond**, attorney and the law firm of **Bond Law Office** to represent the corporation in such bankruptcy case.

Date _____     Signed _____

Date **13th October  2015**                          Signed   **/s/Brandon Woodrome**